1  Marc V. Kalagian
Attorney at Law: 4460
2  211 East Ocean Boulevard, Suite 420 Long Beach, CA 90802
3  Tel: (562)437-7006
Fax: (562)432-2935
4  E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
5  BRINDA A. ANDERSON

6

7

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA

10

11  BRINDA A. ANDERSON              )  Case No.: 2:14-cv-01289-RFB-VCF
                                    )
12          Plaintiff,              )  UNOPPOSED MOTION TO EXTEND
     v.                             )  TIME TO FILE MOTION FOR
13                                  )  REMAND AND/OR REVERSAL
     CAROLYN W. COLVIN, Acting      )
14   Commissioner of Social Security.)  (FIRST REQUEST)
                                    )
15          Defendant.              )
                                    )
16   _____)

17

18      Plaintiff Brinda A. Anderson and Defendant Carolyn W. Colvin, Acting

19 Commissioner of Social Security, through their undersigned attorneys, stipulate,

20 subject to this court's approval, to extend the time by 30 days from November 13,

21 2014 to December 31, 2014 for Plaintiff to file her Motion for Remand and/or

22 Reversal, with all other dates in the Court's Order Concerning Review Of Social

23 Security Cases extended accordingly. This is Plaintiff's first request for an

24 extension.

25

26

-1-

1  This request is made at the request of Plaintiff's counsel due to the Motion for
2  Remand and/or Reversal due date being miscalendared by error. Counsel
3  apologizes for the error and had no intention to unduly delay the proceedings.
4  Counsel for Plaintiff conferred with Defendant's counsel, who had no opposition to
5  this motion.

7  DATE: December 1, 2014                  Respectfully submitted,
8                                          ROHLFING & KALAGIAN, LLP
9                                          /s/ *Marc V. Kalagian*
10                     BY: _____
                           Marc V. Kalagian
11                         Attorney for plaintiff Ms. Brinda A. Anderson

13  DATE:  December 1, 2014
                                            DANIEL G. BOGDEN
14                                          United States Attorney

15                                          /s/ *April A. Alongi*
16                     BY: _____
                           APRIL A. ALONGI
17                         Special Assistant United States Attorney
                           Attorneys for defendant Carolyn W. Colvin
18                         |*authorized by e-mail|

20  IT IS SO ORDERED:      _____
21                         UNITED STATES MAGISTRATE JUDGE
22  DATED:
23        December 1, 2014
24
25     No further extensions will be granted.
26

-2-